# Third District Court of Appeal

## State of Florida

Opinion filed June 4, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0484
Lower Tribunal No. F94-26476
_____


**Jerrie M. Baist,**
Appellant,

vs.

**State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Christine Hernandez, Judge.

Jerrie M. Baist, in proper person.

James Uthmeier, Attorney General, for appellee.


Before GORDO, BOKOR and GOODEN, JJ.

PER CURIAM.

As the Florida Supreme Court, this court, and numerous courts of this state have held, a sentence of life imprisonment is "sufficiently definite so that it can be understood and applied." Ratliff v. State, 914 So. 2d 938, 940 (Fla. 2005); see also Holmes v. State, 245 So. 3d 857, 858 (Fla. 3d DCA 2018) (applying Ratliff in affirming a life sentence).

Affirmed.